# Notice Recipients

District/Off: 0970–2    User: bryantr    Date Created: 8/26/2014
Case: 2:14–bk–06014–GBN    Form ID: pdf002    Total: 43

**Recipients of Notice of Electronic Filing:**
tr      DINA ANDERSON     DAnderson@DLATrustee.com
aty     JD DENNY     jd@dennylawoffices.com

                                                    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     SUSAN ELAINE BOUCHER    10635 E. CARMEL AVE    MESA, AZ 85208
smg    AZ DEPARTMENT OF REVENUE    BANKRUPTCY &LITIGATION    1600 W. MONROE, 7TH FL.    PHOENIX, AZ 85007–2650
12913468    Abn Amro Mortgage Grou    Po Box 9438    Gaithersburg MD 20898
12913469    Amex    Po Box 297871    Fort Lauderdale FL 33329
12913470    Bank Of America    Po Box 982235    El Paso TX 79998
12913471    Bank Of America    Po Box 982235    El Paso TX 79998
12913472    Bank Of America, N.A.    4161 Piedmont Pkwy    Greensboro NC 27410
12913473    Capital One Auto Finan    3901 Dallas Pkwy    Plano TX 75093
12913474    Chase    201 N Walnut Street Mailstop De1–1027    Wilmington DE 19801
12913476    Chase    Po Box 15298    Wilmington DE 19850
12913475    Chase    Po Box 901076    Ft Worth TX 76101
12913477    Chase–Cha    Po Box 7090    Mesa AZ 85216
12913478    Chld/Cbna    Po Box 6497    Sioux Falls SD 57117
12913479    Citi    Po Box 6241    Sioux Falls SD 57117
12913480    Citi    Po Box 6241    Sioux Falls SD 57117
12913481    Cmre Financial Svcs In    3075 E Imperial Hwy Ste    Brea CA 92821
12913482    Cmre Financial Svcs In    3075 E Imperial Hwy Ste    Brea CA 92821
12913483    Comenity Bank/Fashbug    Po Box 182272    Columbus OH 43218
12913484    Comenity Bank/Nwprtnws    995 W 122nd Ave    Westminster CO 80234
12913485    Comenity Bank/Vctrssec    220 W Schrock Rd    Westerville OH 43081
12913486    Comenitycapital/Spgstn    3100 Easton Square Pl    Columbus OH 43219
12913487    Discover Fin Svcs Llc    Po Box 15316    Wilmington DE 19850
12913488    Discover Fin Svcs Llc    Po Box 15316    Wilmington DE 19850
12913489    Expo/Cbna    Po Box 6497    Sioux Falls SD 57117
12913490    Fashion Bug/Soanb    1103 Allen Dr    Milford OH 45150
12913491    Gecrb/Jcp    Po Box 984100    El Paso TX 79998
12913492    Gecrb/Jcp    Po Box 984100    El Paso TX 79998
12913493    Gecrb/Mervyns    Po Box 965005    Orlando FL 32896
12913494    Gecrb/Mervyns    Po Box 965005    Orlando FL 32896
12913495    Gecrb/Old Navy    Po Box 965005    Orlando FL 32896
12913496    Gm Financial    Po Box 181145    Arlington TX 76096
12913497    Gmfinancial    Po Box 181145    Arlington TX 76096
12913498    Green Tree Servicing L    332 Minnesota St Ste 610    Saint Paul MN 55101
12913499    Kohls/Capone    N56 W 17000 Ridgewood Dr    Menomonee Falls WI 53051
12913500    Portfolio Recovery Ass    120 Corporate Blvd Ste 1    Norfolk VA 23502
12913501    Sallie Mae    Po Box 9655    Wilkes Barre PA 18773
12913502    Sears/Cbna    Po Box 6282    Sioux Falls SD 57117
12913503    Td Auto Finance    Po Box 9223    Farmington Hills MI 48333
12913504    U S Bank    101 5th St E Ste A    Saint Paul MN 55101
12913505    Wells Fargo Bank    Po Box 14517    Des Moines IA 50306
12913506    Worlds Foremost Bank N    4800 Nw 1st St Ste 300    Lincoln NE 68521

                                                    TOTAL: 41